COURT OF APPEALS OF VIRGINIA

UNPUBLISHED

Present:   Judges Elder, Alston and Senior Judge Willis


TERESA STILTNER

MEMORANDUM OPINION[*]

v.      Record No. 1157-12-3          PER CURIAM
                                      JANUARY 22, 2013

VIRGINIA RETIREMENT SYSTEM


FROM THE CIRCUIT COURT OF BUCHANAN COUNTY
Henry A. Vanover, Judge

(Jason A. Mullins; Lee & Phipps, P.C., on brief), for appellant.

(Kenneth T. Cuccinelli, II, Attorney General; Brian J. Goodman,
Legal Affairs & Compliance Coordinator, on brief), for appellee.


Teresa Stiltner appeals a decision of the Circuit Court of Buchanan County affirming the

final case decision of the Virginia Retirement System (VRS) denying her claim for disability

retirement benefits.  On appeal, Stiltner contends the circuit court erred in:  (1) concluding that

substantial evidence existed in the record to support VRS's final case decision; (2) failing to address

VRS's violation of its own policy by allowing the Medical Board to delegate its responsibilities to

an out-of-state corporation; (3) allowing the independent fact finder to use the Medical Board's

opinion as evidence; (4) finding substantial evidence exists when the Medical Board failed to

consider or acknowledge Stiltner's physical impairments; and (5) failing to find VRS failed to

adequately inform Stiltner as to why her claim was denied.  We have reviewed the record, VRS's

final case decision, and the final decision of the circuit court, and find no reversible error.

Accordingly, we affirm for the reasons fully set forth by the circuit court in its final opinion letter.

See Stiltner v. Virginia Retirement System, Case No. 533-10 (Feb. 13, 2012).  We dispense with

---

[*] Pursuant to Code § 17.1-13, this opinion is not designated for publication.

oral argument and summarily affirm because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.  See Code § 17.1-403; Rule 5A:27.

Affirmed.